UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS

09 JUN -3 PM 4: 50

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 3:09-cr- 17 RLY-WGH-01 |
| KEITH W. HART, JR., | ) |
| Defendant. | ) |

## INDICTMENT

[29 U.S.C. § 501(c) - Embezzlement by a Labor Organization Officer]

The Grand Jury charges that:

Between November 1, 2006, and July 9, 2007, in the Southern District of Indiana, Evansville Division,

**KEITH W. HART, JR.,**

the defendant herein, when he was the financial secretary of the Bakery, Confectionery, Tobacco Workers and Grain Millers Union, Local 315-G, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully convert to his own use the moneys, funds, securities, property and other assets of the Bakery, Confectionery, Tobacco Workers and Grain Millers Union, Local 315-G, labor organization, in the approximate sum of $13,904.69, by writing checks from the Local 315-G account to himself, by making unauthorized cash withdrawals from the Local 315-G savings account, and by receiving cash back from a bank

deposit into a Local 315-G account.

All of which is in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL:

FOREPERSON

by: *[signature]*
Todd S. Shellenbarger
Assistant United States Attorney